B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    Daniel Ortega,
       Mackenzie Marie Ortega

                                 Debtors

Case No.  12-35238-EPK

Chapter  7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 121,230.00 | | |
| B - Personal Property | Yes | 5 | 34,161.95 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 267,004.58 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 9,606.51 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 72,279.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 6,458.63 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,296.00 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 155,391.95 | | |
| Total Liabilities | | | | 348,890.95 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   Daniel Ortega,
        Mackenzie Marie Ortega

Case No.   12-35238-EPK

Debtors

Chapter   7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 9,606.51 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 9,606.51 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,458.63 |
| Average Expenses (from Schedule J, Line 18) | 8,296.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,068.09 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 126,729.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 9,606.51 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 72,279.86 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 199,008.86 |

B6A (Official Form 6A) (12/07)

In re      Daniel Ortega,                                                                    Case No.      12-35238-EPK
           Mackenzie Marie Ortega

_____,
                                    Debtors

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Real Property<br>303 Oak Rose Lane #102<br>Tampa, FL 33612<br><br>Purchased and on title since: 04/26/2006<br><br>Legal Description: Unit No. P-303-102, of RENAISSANCE VILLAS, A CONDOMINIUM, according to the Declaration of Condominium, as recorded in Official Records Book 15820 at Page 1951, as amended by Amendment to Declaration of Condominium, recorded January 17, 2006, in Official Records Book 15997 at Page 0921, as further amended by Second Amendment to Declaration of Condominium, recorded February 1, 2006, in Official Records Book 16066, at Page 0210, and as further amended by Third Amendment to the Declaration of Condominium recorded February 14, 2006 in Official Records Book 16110, at Page 1340, all in the Public Records of Hillsborough County, Florida. | Fee Simple | J | 26,230.00 | 108,766.00 |
| Real Property<br>15619 SW 73rd Circle Terrace #10-9<br>Miami, FL 33193<br><br>Purchased and on title since: 02/08/2008<br><br>Legal Description: Unit 10-9 of Lakeside XI Condominium Phase II, according to the Declaration of Condominium thereof as recorded in Official Records Book 11898 at Page 367 of the Public Records of Dade County, Florida. | Fee Simple | H | 95,000.00 | 139,193.00 |

|  | Sub-Total > | 121,230.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 121,230.00 |  |

  0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    Daniel Ortega,                                         Case No.    12-35238-EPK
         Mackenzie Marie Ortega
                                                        ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on Hand | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account Bank of America Account No.: xxxxxxxx3728 Account has a negative balance of -$85.00. | J | 0.00 |
| | | Brokerage Account National Securities Corp. Account No.: xxxx6342 | H | 16.95 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit 441 Realty | J | 2,100.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 Beds $150.00 1 Crib $50.00 3 Bedroom Sets $300.00 2 Dressers $200.00 Couch & Ottoman $250.00 Kitchen Table & Chairs $25.00 Entertainment Center $50.00 3 End Tables $100.00 6 Lamps $50.00 3 TV's $300.00 DVD Player $50.00 Blu-Ray Player $50.00 Stereo $50.00 2 Laptops $150.00 Printer $25.00 Assorted Kitchen Appliances $100.00 2 Bean Bag Chairs $20.00 2 Toy Chests $20.00 2 Plastic Toy Bins $10.00 Art Desk & 4 Chairs $10.00 Washer & Dryer $75.00 Stove $50.00 Refrigerator $50.00 | J | 2,160.00 |

Sub-Total >              4,326.95
(Total of this page)

  4    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Daniel Ortega,                                          Case No.    12-35238-EPK
         Mackenzie Marie Ortega
                                                              ,
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Assorted Pictures & Decorations $50.00 Assorted Books $20.00 Assorted CD's & DVD's $150.00 | J | 220.00 |
| 6.  Wearing apparel. | | Assorted Male Apparel Value to Debtor Only | H | 0.00 |
| | | Assorted Female Apparel Value to Joint Debtor Only | W | 0.00 |
| 7.  Furs and jewelry. | | Movado Watch $250.00 Esq. Swiss Watch $100.00 2 Wedding Bands $500.00 Earrings $200.00 Bracelet $200.00 2 Necklaces w/Pendant $250.00 | J | 1,500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Digital Camera $25.00 Video Camera $25.00 | J | 50.00 |
| | | Gold's Gym Set & Weights | J | 500.00 |
| | | Xbox 360 Game Console & 8 Games | J | 200.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance Hartford Life Insurance Company Policy No.: xxxx5520 | H | 0.00 |
| | | Term Life Insurance Hartford Life Insurance Company Policy No.: xxxx5521 | W | 0.00 |
| | | Universal Life Insurance Americo Financial Life & Annuity Insurance Co. Policy No.: xxxx4936 | W | 0.00 |
| | | Universal Life Insurance Americo Financial Life & Annuity Insurance Co. Policy No.: xxxx4931 | H | 0.00 |
| | | Universal Life Insurance Americo Financial Life & Annuity Insurance Co. Policy No.: xxxx6318 | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          2,470.00
(Total of this page)

Sheet    1    of    4    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Daniel Ortega,                                                    Case No.    12-35238-EPK
         Mackenzie Marie Ortega

_____ ,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                     0.00
(Total of this page)

Sheet   2   of   4   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Daniel Ortega,                                                    Case No.    12-35238-EPK
         Mackenzie Marie Ortega

_____ ,
                        Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Mazda CX-7 Mileage: 44,000 Vin No.: JM3ER293090236513 Valuation based on: Black Book USA Average Trade-In | J | 14,625.00 |
| | | 2010 Hyundai Elantra Mileage: 14,000 Vin No.: KMHDB8AE3AU057979 Valuation based on: Black Book USA Average Trade-In | J | 12,740.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Puggle Value to Debtors Only | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        27,365.00
(Total of this page)

Sheet   3   of   4   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Daniel Ortega,                                              Case No.    12-35238-EPK
         Mackenzie Marie Ortega
_____ ,
                          Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 34,161.95 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re    Daniel Ortega,                                          Case No.    12-35238-EPK
         Mackenzie Marie Ortega

                                                    ,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash on Hand | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Brokerage Account | Fla. Const. art. X, § 4(a)(2) | 16.95 | 16.95 |
| National Securities Corp. | | | |
| Account No.: xxxx6342 | | | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security Deposit | Fla. Stat. Ann. § 222.25(4) | 77.05 | 2,100.00 |
| 441 Realty | | | |
| **Household Goods and Furnishings** | | | |
| 2 Beds $150.00 | Fla. Stat. Ann. § 222.25(4) | 2,160.00 | 2,160.00 |
| 1 Crib $50.00 | | | |
| 3 Bedroom Sets $300.00 | | | |
| 2 Dressers $200.00 | | | |
| Couch & Ottoman $250.00 | | | |
| Kitchen Table & Chairs $25.00 | | | |
| Entertainment Center $50.00 | | | |
| 3 End Tables $100.00 | | | |
| 6 Lamps $50.00 | | | |
| 3 TV's $300.00 | | | |
| DVD Player $50.00 | | | |
| Blu-Ray Player $50.00 | | | |
| Stereo $50.00 | | | |
| 2 Laptops $150.00 | | | |
| Printer $25.00 | | | |
| Assorted Kitchen Appliances $100.00 | | | |
| 2 Bean Bag Chairs $20.00 | | | |
| 2 Toy Chests $20.00 | | | |
| 2 Plastic Toy Bins $10.00 | | | |
| Art Desk & 4 Chairs $10.00 | | | |
| Washer & Dryer $75.00 | | | |
| Stove $50.00 | | | |
| Refrigerator $50.00 | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Assorted Pictures & Decorations $50.00 | Fla. Stat. Ann. § 222.25(4) | 220.00 | 220.00 |
| Assorted Books $20.00 | | | |
| Assorted CD's & DVD's $150.00 | | | |
| **Furs and Jewelry** | | | |
| Movado Watch $250.00 | Fla. Const. art. X, § 4(a)(2) | 1,500.00 | 1,500.00 |
| Esq. Swiss Watch $100.00 | | | |
| 2 Wedding Bands $500.00 | | | |
| Earrings $200.00 | | | |
| Bracelet $200.00 | | | |
| 2 Necklaces w/Pendant $250.00 | | | |

____1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    Daniel Ortega,                                    Case No.    12-35238-EPK
         Mackenzie Marie Ortega
                                                    ,
                            Debtors
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Firearms and Sports, Photographic and Other Hobby Equipment | | | |
| Digital Camera $25.00 Video Camera $25.00 | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| Gold's Gym Set & Weights | Fla. Const. art. X, § 4(a)(2) Fla. Stat. Ann. § 222.25(4) | 383.05 116.95 | 500.00 |
| Xbox 360 Game Console & 8 Games | Fla. Stat. Ann. § 222.25(4) | 200.00 | 200.00 |
| Interests in Insurance Policies | | | |
| Term Life Insurance Hartford Life Insurance Company Policy No.: xxxx5520 | Fla. Stat. Ann. § 222.14 | 0.00 | 0.00 |
| Term Life Insurance Hartford Life Insurance Company Policy No.: xxxx5521 | Fla. Stat. Ann. § 222.14 | 0.00 | 0.00 |
| Universal Life Insurance Americo Financial Life & Annuity Insurance Co. Policy No.: xxxx4936 | Fla. Stat. Ann. § 222.14 | 0.00 | 0.00 |
| Universal Life Insurance Americo Financial Life & Annuity Insurance Co. Policy No.: xxxx4931 | Fla. Stat. Ann. § 222.14 | 0.00 | 0.00 |
| Universal Life Insurance Americo Financial Life & Annuity Insurance Co. Policy No.: xxxx6318 | Fla. Stat. Ann. § 222.14 | 0.00 | 0.00 |
| Automobiles, Trucks, Trailers, and Other Vehicles | | | |
| 2009 Mazda CX-7 Mileage: 44,000 Vin No.: JM3ER293090236513 Valuation based on: Black Book USA Average Trade-In | Fla. Stat. Ann. § 222.25(1) Fla. Stat. Ann. § 222.25(4) | 1,000.00 2,028.00 | 14,625.00 |
| 2010 Hyundai Elantra Mileage: 14,000 Vin No.: KMHDB8AE3AU057979 Valuation based on: Black Book USA Average Trade-In | Fla. Stat. Ann. § 222.25(1) Fla. Stat. Ann. § 222.25(4) | 1,000.00 3,198.00 | 12,740.00 |
| | Total: | 12,000.00 | 34,161.95 |

Sheet   1   of   1   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re      Daniel Ortega,                                                          Case No.  ___12-35238-EPK_____
           Mackenzie Marie Ortega,
                                                                ,
                                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx0064 | | | Opened 12/01/09  Last Active  4/27/12 Mortgage | | | | | |
| Flagstar Bank Attn: Bankruptcy Dept. 5151 Corporate Drive Troy, MI 48098 | | H | Real Property 15619 SW 73rd Circle Terrace #10-9 Miami, FL 33193 Purchased and on title since: 02/08/2008 Legal Description: Unit 10-9 of Lakeside XI Condominium Phase II, according to the | | | | | |
| | | | Value $                    95,000.00 | | | | 139,193.00 | 44,193.00 |
| Account No. | | | | | | | | |
| Elizabeth R. Wellborn, P.A. 350 Jim Moran Blvd., Suite 100 Deerfield Beach, FL 33442 | | | Representing:  Flagstar Bank | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | Property Taxes Real Property | | | | | |
| Hillsborough County Tax Collector POB 172920 Tampa, FL 33672 | | J | 303 Oak Rose Lane #102 Tampa, FL 33612 Purchased and on title since: 04/26/2006 Legal Description: Unit No. P-303-102, of RENAISSANCE VILLAS, A CONDOMINIUM, according to the | | | | | |
| | | | Value $                    26,230.00 | | | | Unknown | Unknown |
| Account No. xxxxxxxxxx9625 | | | Opened 11/01/09  Last Active  8/17/12 Auto Loan | | | | | |
| Hyundai Financial Attn: Bankruptcy POB 20809 Fountain Valley, CA 92708 | | J | 2010 Hyundai Elantra Mileage: 14,000 Vin No.: KMHDB8AE3AU057979 Valuation based on: Black Book USA Average Trade-In | | | | | |
| | | | Value $                    12,740.00 | | | | 8,001.84 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| __2__  continuation sheets attached | Subtotal (Total of this page) | 147,194.84 | 44,193.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Daniel Ortega,                                                          Case No.   12-35238-EPK
       Mackenzie Marie Ortega
                                                                    ,
                                            Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| Hyundai Financial 10550 Talbert Avenue Fountain Valley, CA 92708 | | | | | Representing: Hyundai Financial | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | Homeowner's Association Real Property 15619 SW 73rd Circle Terrace #10-9 Miami, FL 33193 Purchased and on title since: 02/08/2008 Legal Description: Unit 10-9 of Lakeside XI Condominium Phase II, according to the Declaration of Condominium thereof as | | | | | |
| Lakeside XI Condo Association 15665 SW 73rd Circle Terrace Miami, FL 33193 | | | | J | | | | | | |
| | | | | | Value $           95,000.00 | | | | Unknown | Unknown |
| Account No. | | | | | Property Taxes Real Property 15619 SW 73rd Circle Terrace #10-9 Miami, FL 33193 Purchased and on title since: 02/08/2008 Legal Description: Unit 10-9 of Lakeside XI Condominium Phase II, according to the Declaration of Condominium thereof as | | | | | |
| Miami-Dade County Tax Collector 111 NW 1st Street, Suite 710 Miami, FL 33128-1984 | | | | J | | | | | | |
| | | | | | Value $           95,000.00 | | | | Unknown | Unknown |
| Account No. xxx3-102 | | | | | Homeowner's Association Real Property 303 Oak Rose Lane #102 Tampa, FL 33612 Purchased and on title since: 04/26/2006 Legal Description: Unit No. P-303-102, of RENAISSANCE VILLAS, A CONDOMINIUM, according to the | | | | | |
| Renaissance Condo Association 307 S. Willow Avenue, Suite 100 Tampa, FL 33606 | | | | J | | | | | | |
| | | | | | Value $           26,230.00 | | | | Unknown | Unknown |
| Account No. xxxxxxxx4983 | | | | | Opened 4/01/06 Last Active 8/16/10 Mortgage Real Property 303 Oak Rose Lane #102 Tampa, FL 33612 Purchased and on title since: 04/26/2006 Legal Description: Unit No. P-303-102, of RENAISSANCE VILLAS, A | | | | | |
| US Bank Home Mortgage 4801 Frederica Street Owensboro, KY 42301 | | | | J | | | | | | |
| | | | | | Value $           26,230.00 | | | | 108,766.00 | 82,536.00 |

Sheet   1    of   2    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 108,766.00 | 82,536.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Daniel Ortega,          Case No.  12-35238-EPK
       Mackenzie Marie Ortega
_____,
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| Douglas C. Zahm, P.A. 12425 28th Street North, Suite 200 Saint Petersburg, FL 33716 | | | | Representing: US Bank Home Mortgage | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. xxxx6678 | | | | Opened 6/01/09 Last Active 9/13/12 Auto Loan 2009 Mazda CX-7 Mileage: 44,000 | | | | | |
| USAA Federal Savings Bank 10750 Mcdermott Freeway San Antonio, TX 78288 | | | J | Vin No.: JM3ER293090236513 Valuation based on: Black Book USA Average Trade-In | | | | | |
| | | | | Value $          14,625.00 | | | | 11,043.74 | 0.00 |
| Account No. | | | | | | | | | |
| USAA Federal Savings Bank POB 47504 San Antonio, TX 78265 | | | | Representing: USAA Federal Savings Bank | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  2   of  2   continuation sheets attached to          Subtotal          11,043.74          0.00
Schedule of Creditors Holding Secured Claims        (Total of this page)

                                                    Total          267,004.58      126,729.00
                                        (Report on Summary of Schedules)

B6E (Official Form 6E) (4/10)

In re   Daniel Ortega,                                          Case No.    12-35238-EPK
        Mackenzie Marie Ortega

                                          ,
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  Daniel Ortega,                                      Case No.    12-35238-EPK
       Mackenzie Marie Ortega
                                                    ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

### TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | 2011 | | | | | | |
| Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346 | | J | | 1040 Income Taxes | | | | 9,606.51 | 0.00 | 9,606.51 |
| Account No. | | | | | | | | | | |
| Internal Revenue Service 7850 SW 6th Court Mail Stop 5730 Plantation, FL 33334 | | | | Representing: Internal Revenue Service | | | | Notice Only | | |
| Account No. | | | | | | | | | | |
| Special Assistant U.S. Attorney Associate Area Counsel (SBSE) Royal Palm Building 1000 S. Pine Island Rd. #300 Fort Lauderdale, FL 33324 | | | | Representing: Internal Revenue Service | | | | Notice Only | | |
| Account No. | | | | | | | | | | |
| U.S. Attorney General 950 Pennsylvania Ave. Room 4400 Washington, DC 20530-0001 | | | | Representing: Internal Revenue Service | | | | Notice Only | | |
| Account No. | | | | | | | | | | |
| United States Attorney 99 NE 4 St. Miami, FL 33132 | | | | Representing: Internal Revenue Service | | | | Notice Only | | |

Sheet  1   of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Total of this page) | 9,606.51 | 0.00 | 9,606.51 |
| Total (Report on Summary of Schedules) | 9,606.51 | 0.00 | 9,606.51 |

B6F (Official Form 6F) (12/07)

In re   Daniel Ortega,                                                      Case No.   12-35238-EPK
        Mackenzie Marie Ortega,
_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxxA565<br><br>A1 Imaging Centers LLC<br>Dept. 2560, POB 122560<br>Dallas, TX 75312 | | | | J | Medical Services | | | | 45.00 |
| Account No. xxxxxxxxx1377<br><br>Bank of America<br>4060 Ogletown Stanton Road<br>Newark, DE 19713 | | | | H | Opened  5/01/07  Last Active 11/21/11<br>Line of Credit | | | | 12,838.00 |
| Account No.<br><br>Sunrise Credit Services, Inc.<br>POB 9100<br>Farmingdale, NY 11735-9100 | | | | | Representing:<br>Bank of America | | | | Notice Only |
| Account No. xxxxxxxxxxx3294<br><br>Bank of America<br>Attention: Recovery Department<br>4161 Peidmont Parkway<br>Greensboro, NC 27410 | | | | H | Opened  6/01/05  Last Active  5/15/12<br>Credit Card | | | | 1,892.00 |

    6    continuation sheets attached

Subtotal
(Total of this page)                                                      14,775.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Daniel Ortega,                                 Case No.    12-35238-EPK
        Mackenzie Marie Ortega

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Bank of America <br> POB 982235 <br> El Paso, TX 79998 | | | | Representing: <br> Bank of America | | | | Notice Only |
| Account No. 3728 <br><br> Bank of America <br> POB 53181 <br> Phoenix, AZ 85072-3181 | | J | | Overdrawn Account | | | | 85.24 |
| Account No. xxxxxx3652 <br><br> Central Financial Control <br> POB 66051 <br> Anaheim, CA 92816 | | W | | Opened 10/01/11 <br> Collection Attorney West Boca Medical Center | | | | 160.00 |
| Account No. xxxxxxxxxxxx1620 <br><br> Chase <br> Attention: Bankruptcy <br> POB 15298 <br> Wilmington, DE 19850 | | J | | Opened 5/01/03 Last Active 7/25/12 <br> Credit Card | | | | 2,578.00 |
| Account No. <br><br> Chase <br> POB 15298 <br> Wilmington, DE 19850 | | | | Representing: <br> Chase | | | | Notice Only |

Sheet no. __1__ of __6__ sheets attached to Schedule of                       Subtotal
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)      2,823.24

B6F (Official Form 6F) (12/07) - Cont.

In re    Daniel Ortega,                                        Case No.    12-35238-EPK
         Mackenzie Marie Ortega
                                                          ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxx0471 | | | | Opened 8/01/06 Last Active 7/25/12 Credit Card | | | | |
| Chase POB 15298 Wilmington, DE 19850 | | H | | | | | | 2,535.00 |
| Account No. xxxxxxxxxxxx5645 | | | | Opened 1/01/96 Last Active 7/24/12 Credit Card | | | | |
| Citibank POB 6241 Sioux Falls, SD 57117 | | H | | | | | | 2,342.00 |
| Account No. xxxx8159 | | | | Sprint | | | | |
| ER Solutions POB 9004 Renton, WA 98057 | | H | | | | | | 412.00 |
| Account No. | | | | Representing: ER Solutions | | | | |
| ER Solutions 800 SW 39th Street Renton, WA 98057 | | | | | | | | Notice Only |
| Account No. xxxxx9288 | | | | Business Debt - FedEx | | | | |
| FedEx POB 660481 Dallas, TX 75266-0481 | | J | | | | | | 284.46 |

| Sheet no. _2_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,573.46 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Daniel Ortega,                                                    Case No.    12-35238-EPK
         Mackenzie Marie Ortega
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. <br><br> Synter Resource Group, LLC <br> POB 63247 <br> 5935 Rivers Avenue, Suite 102 <br> North Charleston, SC 29419-3247 | | | Representing: <br> FedEx | | | | Notice Only |
| Account No. xxxxxxxxxxxx1160 <br><br> HSBC Best Buy <br> POB 5253 <br> Carol Stream, IL 60197 | | J | Opened 10/01/03  Last Active  2/17/12 <br> Charge Account | | | | 2,344.00 |
| Account No. <br><br> I.C. System, Inc. <br> 444 Highway 96 East <br> POB 64887 <br> Saint Paul, MN 55164-0887 | | | Representing: <br> HSBC Best Buy | | | | Notice Only |
| Account No. xxx-xxxxxx4-001 <br><br> Marlin Leasing Corp. <br> c/o George D. Pelose, Esq. <br> 300 Fellowship Road <br> Mount Laurel, NJ 08054 | | J | Business Debt | | | | 3,422.53 |
| Account No. <br><br> Maye Pediatrics Dentistry <br> 19615-33 South State Road 7 <br> Boca Raton, FL 33498-4700 | | J | Medical Services | | | | 7.40 |

Sheet no.   3    of   6    sheets attached to Schedule of                           Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)         5,773.93

B6F (Official Form 6F) (12/07) - Cont.

In re    Daniel Ortega,                                                    Case No.    12-35238-EPK
         Mackenzie Marie Ortega
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxx5628 | | | | Medical Services | | | | |
| Memorial Physician Group POB 862233 Orlando, FL 32886-2233 | | J | | | | | | 30.00 |
| Account No. xxxxxxx1651 | | | | Medical Services | | | | |
| Minuteclinic Diagnostic of Florida POB 329 Woonsocket, RI 02895-0781 | | J | | | | | | 20.00 |
| Account No. | | | | Representing: Minuteclinic Diagnostic of Florida | | | | Notice Only |
| Transworld Systems, Inc. 3450 Lakeside Drive, Suite 304 Miramar, FL 33027 | | | | | | | | |
| Account No. | | | | FINRA | | | | |
| Neal S. Smalbach c/o Whitney M. Krosse, Esq. 2436 Joppa Road York, PA 17403 | | J | | | | | | Unknown |
| Account No. xxxxxxxxxxxx0637 | | | | Opened 6/01/00 Last Active 8/21/12 Charge Account | | | | |
| Sears POB 6282 Sioux Falls, SD 57117 | | H | | | | | | 1,547.00 |

Sheet no.  4  of  6  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,597.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Daniel Ortega,                                                    Case No.    12-35238-EPK
         Mackenzie Marie Ortega
_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: Sears | | | | Notice Only |
| Alliance One Receivables Management 4850 Street Road, Suite 300 Feasterville Trevose, PA 19053 | | | | | | | | |
| Account No. xxx0316 | | H | | 01 Comcast | | | | |
| Stellar Receivables 1327 US Highway 2 West Kalispell, MT 59901 | | | | | | | | 390.00 |
| Account No. | | J | | Business Debt | | | | |
| Sunset Lakes Shops, Ltd. c/o Jeffrey A. Sarrow, P.A. 5551 N. University Drive, Suite 204 Coral Springs, FL 33067 | | | | | | | | 38,000.00 |
| Account No. xxxxxx3865 | | H | | Opened 12/01/06  Last Active  6/02/12 Charge Account | | | | |
| Weisfield Jewelers Attn: Bankruptcy POB 3680 Akron, OH 44309 | | | | | | | | 764.00 |
| Account No. | | | | Representing: Weisfield Jewelers | | | | Notice Only |
| Weisfield Jewelers 375 Ghent Road Akron, OH 44333 | | | | | | | | |

Sheet no.  5   of  6   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            39,154.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Daniel Ortega,                                          Case No.    12-35238-EPK
         Mackenzie Marie Ortega                            ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx6200<br><br>West Boca Medical Center<br>POB 741249<br>Atlanta, GA 30384-1249 | | J | Medical Services | | | | 150.00 |
| Account No.<br><br>Central Financial Control<br>POB 66044<br>Anaheim, CA 92816-6044 | | | Representing:<br>West Boca Medical Center | | | | Notice Only |
| Account No. xxxxxxxxxxxx9303<br><br>WFNNB - Rooms To Go<br>POB 498609<br>Cincinnati, OH 45249-8609 | | W | Opened  8/01/09 Last Active  6/03/12<br>Charge Account | | | | 2,246.00 |
| Account No. xxxxxxxx4040<br><br>Withlacoochee River Electric Cooperative<br>POB 278<br>Dade City, FL 33526-0278 | | J | Business Debt | | | | 187.23 |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. _6___ of _6___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 2,583.23 |
| | Total<br>(Report on Summary of Schedules) | 72,279.86 |

B6G (Official Form 6G) (12/07)

In re    Daniel Ortega,                                                              Case No.    12-35238-EPK
         Mackenzie Marie Ortega
_____,
                              Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Landlord | Residential Lease |

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

**B6H (Official Form 6H) (12/07)**

In re    Daniel Ortega,                    Case No.     __12-35238-EPK__

         Mackenzie Marie Ortega

                                 Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

 

__0__ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  Daniel Ortega
Mackenzie Marie Ortega
_____
Debtor(s)

Case No.   12-35238-EPK

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Daughter | AGE(S):<br>3<br>6 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Stock Broker - Ind. Contractor | Human Resource Assistant |
| Name of Employer | National Securities Corp. | BE Aerospace |
| How long employed | 2 Years | 2 Years |
| Address of Employer | 2424 N. Federal Highway<br>Boca Raton, FL 33431 | 1400 Corporate Center Way<br>Wellington, FL 33414 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 3,419.61 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 3,419.61 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 591.05 |
| b. Insurance | $ 0.00 | $ 298.41 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 889.46 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 2,530.15 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 3,928.48 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 3,928.48 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,928.48 | $ 2,530.15 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,458.63 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

# United States Bankruptcy Court
## Southern District of Florida

In re   Daniel Ortega
        Mackenzie Marie Ortega
                                    Debtor(s)

Case No.   12-35238-EPK
Chapter    7

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 87,799.20 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---:|
| 2. Gross Monthly Income | $ | 3,928.48 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 50.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 200.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 100.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| Licensing Fees | 335.00 |

| | | |
|---|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 685.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 3,243.48 |

B6J (Official Form 6J) (12/07)

In re    Daniel Ortega<br>
     Mackenzie Marie Ortega                  Case No.    12-35238-EPK

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 2,100.00 |
| a. Are real estate taxes included? | Yes ___ | No  X | | |
| b. Is property insurance included? | Yes ___ | No  X | | |
| 2. Utilities:    a. Electricity and heating fuel | | | $ | 180.00 |
|      b. Water and sewer | | | $ | 85.00 |
|      c. Telephone | | | $ | 0.00 |
|      d. Other   See Detailed Expense Attachment | | | $ | 340.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 20.00 |
| 4. Food | | | $ | 600.00 |
| 5. Clothing | | | $ | 10.00 |
| 6. Laundry and dry cleaning | | | $ | 50.00 |
| 7. Medical and dental expenses | | | $ | 10.00 |
| 8. Transportation (not including car payments) | | | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| 10. Charitable contributions | | | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
|      a. Homeowner's or renter's | | | $ | 23.00 |
|      b. Life | | | $ | 230.00 |
|      c. Health | | | $ | 0.00 |
|      d. Auto | | | $ | 250.00 |
|      e. Other | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
|     (Specify)   Estiamted Income Taxes | | | $ | 1,500.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
|      a. Auto | | | $ | 312.00 |
|      b. Other   Vehicle #2 | | | $ | 576.00 |
|      c. Other | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 685.00 |
| 17. Other   See Detailed Expense Attachment | | | $ | 975.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $    8,296.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 6,458.63 |
| b.    Average monthly expenses from Line 18 above | $ | 8,296.00 |
| c.    Monthly net income (a. minus b.) | $ | -1,837.37 |

B6J (Official Form 6J) (12/07)

In re    Daniel Ortega
      Mackenzie Marie Ortega                               Case No.    12-35238-EPK
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cellular Phones | $ | 180.00 |
| Cable & Internet | $ | 160.00 |
| **Total Other Utility Expenditures** | $ | 340.00 |

**Other Expenditures:**

| | | |
|---|---|---:|
| Haircuts & Personal Grooming | $ | 25.00 |
| Child Care | $ | 870.00 |
| Vehicle Maintenance | $ | 50.00 |
| Pet Care & Food | $ | 25.00 |
| Tolls | $ | 5.00 |
| **Total Other Expenditures** | $ | 975.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    Daniel Ortega
        Mackenzie Marie Ortega                   Case No.    12-35238-EPK

                             Debtor(s)        Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    28    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   October 10, 2012            Signature    /s/ Daniel Ortega
                                          Daniel Ortega
                                          Debtor

Date   October 10, 2012            Signature    /s/ Mackenzie Marie Ortega
                                          Mackenzie Marie Ortega
                                          Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re    Daniel Ortega                 Case No.    12-35238-EPK
      Mackenzie Marie Ortega

                                           Debtor(s)                Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $37,188.87 | 2012 YTD: Debtor Gross Business Income |
| $22,816.64 | 2012 YTD: Both Employment Income |
| $72,303.00 | 2011: Debtor Gross Business Income |
| $40,873.00 | 2011: Joint Debtor Employment Income |
| $59,430.00 | 2010: Debtor Gross Business Income |
| $56,392.00 | 2010: Both Employment Income |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,050.00 | 2012 YTD: Both Rental Income |
| $7,203.00 | 2011: Both Rental Income |
| $6,678.00 | 2010: Both Rental Income |
| $27,513.00 | 2010: Both 401(k) Distribution |
| $6,025.00 | 2010: Both Unemployment Compensation |

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Hyundai Financial<br>Attn: Bankruptcy<br>POB 20809<br>Fountain Valley, CA 92708 | 08/2012<br>09/2012 | $624.00 | $8,001.84 |
| USAA Federal Savings Bank<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288 | 08/2012<br>09/2012 | $1,152.00 | $11,043.74 |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sunset Lakes Shops, Ltd., a Florida limited partnership vs. Ortega Sunset Lakes, LLC, a Florida corporation limited liability company, Daniel Ortega and Mackenzie Ortega<br><br>Case No.: CACE 09 051310 (12) | Business Collection | Circuit Court | Final Judgment |
| Flagstar Bank, FSB vs. Daniel Ortega; Mackenzie Marie Ortega; Lakeside XI Condominium Association, Inc.; et al.<br><br>Case No.: 11-25241-CA-27 | Foreclosure | Circuit Court Miami-Dade County | Pending |
| U.S. Bank National Association vs. Daniel Ortega, et al.<br><br>Case No.: 11-02546 | Foreclosure | Circuit Court Hillsborough County, FL | Pending |
| Neal S. Smalbach vs. Mark Ellis, Richard Allen Frueh, Donald Gunn, Seth Hoffman, David Jarvis, Frederick Kraus, David Levine, Domenic Morrone, Daniel Ortega, Scott Powell and Susan Walsh<br><br>Case No.: 11-03028-FL | FINRA Arbitration | Financial Industry Regulatory Authority Office of Dispute Resolution | Pending |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| The Cohen Law Firm, P.A. 1700 University Drive, Suite 210 Coral Springs, FL 33071 | 09/2012 | $2,000.00 - Attorney Fees $439.00 - Court Filing Fee & Costs |
| InCharge Education Foundation 2101 Park Center Drive, Suite 310 Orlando, FL 32835 | 09/24/2012 | $30.00 - Credit Counseling Course |

### 10.  Other transfers

None ■   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of America<br>Tampa, FL | Checking Account<br>Account No.: xxxxxxxx0025<br>Final Balance: $0.00 | Date of Closing: 08/2012 |

### 12.  Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Aaron Buerose<br>227 Imperial Lane<br>Lauderdale by the Sea, FL 33308 | Pool Table $500.00<br>Pool Cues & Balls $100.00<br>Patio Table & 4 Chairs $100.00 | Debtor's Residence |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 25749 Hartack Drive<br>Wesley Chapel, FL 33544 | Daniel Ortega<br>Mackenzie Marie Ortega | 08/2009 - 08/2010 |
| 6077 Woodbury Road<br>Boca Raton, FL 33433 | Daniel Ortega<br>Mackenzie Marie Ortega | 08/2010 - 08/2011 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐
   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Ortega Sunset Lakes, LLC | 261915364 | 18455 Miramar Parkway Miramar, FL 33029 | Pakmail Business | 2008 - 2009 |
| Mackenzie Ortega | xxx-xx-9389 | 303 Oak Rose Lawn, Unit 102 Boca Raton, FL 33433 | Jewelry Sales | 2009 - 2009 |

None ■
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■
   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED

None ■
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                                DATES SERVICES RENDERED

None ■
   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None ■
   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   October 10, 2012               Signature    /s/ Daniel Ortega
                                                 Daniel Ortega
                                                 Debtor

Date   October 10, 2012               Signature    /s/ Mackenzie Marie Ortega
                                                 Mackenzie Marie Ortega
                                                 Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re    Daniel Ortega
Mackenzie Marie Ortega               Case No.    12-35238-EPK

                          Debtor(s)            Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Flagstar Bank | **Describe Property Securing Debt:**<br>Real Property<br>15619 SW 73rd Circle Terrace #10-9<br>Miami, FL 33193<br><br>Purchased and on title since: 02/08/2008<br><br>Legal Description: Unit 10-9 of Lakeside XI Condominium Phase II, according to the Declaration of Condominium thereof as recor |

Property will be (check one):
  ■ Surrendered                      ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                 ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 2 | |
| --- | --- |
| **Creditor's Name:**<br>Hillsborough County Tax Collector | **Describe Property Securing Debt:**<br>Real Property<br>303 Oak Rose Lane #102<br>Tampa, FL 33612<br><br>Purchased and on title since: 04/26/2006<br><br>Legal Description: Unit No. P-303-102, of RENAISSANCE VILLAS, A CONDOMINIUM, according to the Declaration of Condominium, as recorded in O |

Property will be (check one):
- ■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>Hyundai Financial | **Describe Property Securing Debt:**<br>2010 Hyundai Elantra<br>Mileage: 14,000<br>Vin No.: KMHDB8AE3AU057979<br>Valuation based on: Black Book USA Average Trade-In |

Property will be (check one):
- □ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- ■ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt        □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Lakeside XI Condo Association | **Describe Property Securing Debt:**<br>Real Property<br>15619 SW 73rd Circle Terrace #10-9<br>Miami, FL 33193<br><br>Purchased and on title since: 02/08/2008<br><br>Legal Description: Unit 10-9 of Lakeside XI Condominium Phase II, according to the Declaration of Condominium thereof as recor |

Property will be (check one):
■ Surrendered         □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt         ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Miami-Dade County Tax Collector | **Describe Property Securing Debt:**<br>Real Property<br>15619 SW 73rd Circle Terrace #10-9<br>Miami, FL 33193<br><br>Purchased and on title since: 02/08/2008<br><br>Legal Description: Unit 10-9 of Lakeside XI Condominium Phase II, according to the Declaration of Condominium thereof as recor |

Property will be (check one):
■ Surrendered         □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt         ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 4

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>Renaissance Condo Association | **Describe Property Securing Debt:**<br>Real Property<br>303 Oak Rose Lane #102<br>Tampa, FL 33612<br><br>Purchased and on title since: 04/26/2006<br><br>Legal Description: Unit No. P-303-102, of RENAISSANCE VILLAS, A CONDOMINIUM, according to the Declaration of Condominium, as recorded in O |

Property will be (check one):
■ Surrendered                                            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                          ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>US Bank Home Mortgage | **Describe Property Securing Debt:**<br>Real Property<br>303 Oak Rose Lane #102<br>Tampa, FL 33612<br><br>Purchased and on title since: 04/26/2006<br><br>Legal Description: Unit No. P-303-102, of RENAISSANCE VILLAS, A CONDOMINIUM, according to the Declaration of Condominium, as recorded in O |

Property will be (check one):
■ Surrendered                                            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                             Page 5

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>USAA Federal Savings Bank | **Describe Property Securing Debt:**<br>2009 Mazda CX-7<br>Mileage: 44,000<br>Vin No.: JM3ER293090236513<br>Valuation based on: Black Book USA Average Trade-In |

Property will be (check one):
    ☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                           ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Landlord | **Describe Leased Property:**<br>Residential Lease | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  <u>October 10, 2012</u>          Signature  <u>/s/ Daniel Ortega</u>
                                                 Daniel Ortega
                                               Debtor

Date  <u>October 10, 2012</u>          Signature  <u>/s/ Mackenzie Marie Ortega</u>
                                               Mackenzie Marie Ortega
                                               Joint Debtor